```
                    UNITED STATES DISTRICT COURT
                   WESTERN DISTRICT OF WASHINGTON
                              AT SEATTLE
```

| | | |
|---|---|---|
| JOHN RAYMOND SINCLAIR, | ) | CASE NO.    C05-2130-MJP-MAT |
| | ) | CR99-466-MJP |
| Petitioner, | ) | |
| | ) | |
| v. | ) | ORDER FOR SERVICE AND |
| | ) | RETURN, § 2255 MOTION |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

Petitioner has filed a Motion under 28 U.S.C. § 2255. The Court, having reviewed petitioner's motion does hereby ORDER as follows:

(1)   The Clerk shall arrange for service by first class mail upon the United States Attorney of copies of the Motion and of this Order, and shall direct a copy of this Order and of the General Order to petitioner.

(2)   Within **thirty (30) days** after such service, the United States shall file and serve an Answer in accordance with Rule 5 of the Rules Governing Section 2255 Cases in United States District Courts. As part of such Answer, the United States should state its position as to whether an evidentiary hearing is necessary. The United States shall file the Answer with the Clerk of the

ORDER FOR SERVICE AND RETURN,
§ 2255 MOTION
PAGE -1

01  Court and serve a copy of the Answer upon petitioner.

02              (3)    The Answer will be treated in accordance with Local Rule CR 7.  **Accordingly,**
03  **on the face of the Answer, the United States shall note it for consideration on the fourth**
04  **Friday after it is filed, and the Clerk shall note the Answer accordingly.**  Petitioner may file
05  and serve a response not later than the Monday immediately preceding the Friday appointed for
06  consideration of the matter, and the United States may file and serve a reply brief not later than
07  the Friday designated for consideration of the matter.  See also CR 4, concerning filing and service
08  in general.

09              (4)    <u>Filing and Service by Parties, Generally</u>

10       All attorneys admitted to practice before this Court are required to file documents
11  electronically via the Court's CM/ECF system.  Counsel are directed to the Court's website,
12  www.wawd.uscourts.gov, for a detailed description of the requirements for filing via CM/ECF.
13  All non-attorneys, such as *pro se* parties and/or prisoners, may continue to file a paper original of
14  any document for the Court's consideration.  <u>A party filing a paper original does not need to file</u>
15  <u>a chambers copy</u>.  All filings, whether filed electronically or in traditional paper format, must
16  indicate in the upper right hand corner the name of the Magistrate Judge to whom the document
17  is directed.

18       **For any party filing electronically, when the total of all pages of a filing exceeds fifty**
19  **(50) pages in length, a paper copy of the document (with tabs or other organizing aids as**
20  **necessary) shall be delivered to the Clerk's Office for chambers.  The chambers copy must**
21  **be clearly marked with the works "Courtesy Copy of Electronic Filing for Chambers."**

22              Additionally, any document filed with the Court must be accompanied by proof that it has

ORDER FOR SERVICE AND RETURN,
§ 2255 MOTION
PAGE -2

been served upon all parties that have entered a notice of appearance in the underlying matter.

  (5) <u>Motions</u>

  Regarding the filing of motions before the Court, the parties are directed to review Local Rule CR 7 in its entirety. A few important points are highlighted below:

  Any request for court action shall be set forth in a motion, properly filed and served. Pursuant to amended Local Rule CR 7(b), any argument being offered in support of a motion shall be submitted as a part of the motion itself and not in a separate document. **The motion shall include in its caption (immediately below the title of the motion) a designation of the date the motion is to be noted for consideration upon the court's motion calendar.**

  <u>In all instances where one of the parties to a lawsuit is incarcerated, **all** categories of non-dispositive motions not listed in Local Rule CR 7(d)(1) must be noted for the third (3rd) Friday after the date of filing and service.</u> *See* Local Rule CR 7(d)2.

  (6) <u>Direct Communications with District Judge or Magistrate Judge</u>

  No direct communication is to take place with the District Judge or Magistrate Judge with regard to this case. All relevant information and papers are to be directed to the Clerk.

  (7) The Clerk is directed to send a copy of this Order to the Hon. Marsha J. Pechman.

  DATED this <u>5th</u> day of <u>January</u>, 2006.

            /s/ Mary Alice Theiler
            Mary Alice Theiler
            United States Magistrate Judge

ORDER FOR SERVICE AND RETURN,
§ 2255 MOTION
PAGE -3