UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JOHN RAYMOND SINCLAIR,                )   CASE NO.   C05-2130-MJP
                                      )              CR99-466-MJP
    Petitioner,                       )
                                      )
v.                                    )
                                      )   ORDER DISMISSING § 2255 MOTION
UNITED STATES OF AMERICA,             )
                                      )
    Respondent.                       )
_____)

The Court, having reviewed petitioner's motion under 28 U.S.C. § 2255 to vacate, set aside, or correct his sentence, the government's response, the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge, any objections thereto, and the remaining record, does hereby find and ORDER:

(1)    The Court adopts the Report and Recommendation;

(2)    Petitioner's § 2255 motion (Doc. #1) is DISMISSED; and

(3)    The Clerk is directed to send a copy of this Order to petitioner, to counsel for respondent, and to Judge Theiler.

DATED this 17th day of May, 2006.

                                                     /s/ Marsha J. Pechman
                                                     Marsha J. Pechman
                                                     United States District Judge